UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION
CIVIL ACTION NO. 17-CV-00108-HRW

UNITED STATES OF AMERICA                                PLAINTIFF

VS.                         ORDER

KATHY JO ERWIN, ET. AL.                                 DEFENDANTS

This matter is before the Court upon the reports of the Warning Order Attorney, Jeremy L. Clark and it appearing the Warning Order Attorney has satisfactorily completed the requisite duties, and the Court being sufficiently advised,

**IT IS ORDERED HEREIN AS FOLLOWS:**

The Warning Order Attorney has attempted to notify the Defendant, Kathy Jo Erwin; has been able to give actual notice of the nature and pendency of this action; and has reported to the Court that there is no known claim or defense available to said Defendant; and therefore,

Jeremy L. Clark is now relieved of further duties as Warning Order Attorney and is awarded a fee in the amount of $250.00 to be paid by the U.S. Department of Justice to the following:

Hon. Jeremy L. Clark
P.O. Box 532
Catlettsburg, KY  41129

This 27th day of December, 2017.



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge

HON. HENRY R. WILHOIT, JR.
UNITED STATES DISTRICT JUDGE