UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION
CIVIL ACTION NO. 0:17-108-HRW
*Filed Electronically*

In re: Oak Street, Zimmerman Hill, Olive Hill, Kentucky 41164

UNITED STATES OF AMERICA                                           PLAINTIFF

VS.

KATHY JO ERWIN;
UNKNOWN SPOUSE OF KATHY JO ERWIN; and
FEDERATION OF APPALACHIAN
HOUSING ENTERPRISES, INC.                                          DEFENDANTS

## ENTRY OF DEFAULT
*********

It appearing that the complaint herein was filed on October 4, 2017; the Defendant, Federation of Appalachian Housing Enterprises, Inc. has been served by summons; Defendants, Kathy Jo Erwin and the Unknown Spouse of Kathy Jo Erwin, have been served via appointment of Warning Order Attorney, and that no answer or other pleading has been filed by said defendants as required by law;

NOW, THEREFORE, upon request of Plaintiff, default is hereby entered against the Defendants, Kathy Jo Erwin, Unknown Spouse of Kathy Jo Erwin, and Federation of Appalachian Housing Enterprises, Inc., as provided in Rule 55(a), Federal Rules of Civil Procedure.

This the 12 day of _____ 2018.

ROBERT C. CARR
U. S. DISTRICT COURT CLERK
By: Susan M. Thompson
Deputy Clerk

1